STATE OF CONNECTICUT *v.* CHRISTOPHER TAFT
(3468)

HULL, SPALLONE and BIELUCH, Js.

Argued April 3—decision released April 22, 1986

*John R. Williams,* with whom, on the brief, was *Bruce A. Sturman,* public defender, for the appellant (defendant).

*James G. Clark,* deputy assistant state's attorney, with whom, on the brief, was *Mary Galvin,* assistant state's attorney, for the appellee (state).

PER CURIAM. There is no error.